# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129530

MARGARET GAINFORTH, as Personal
Representative of the Estate of Felice
Vermeersch, Deceased,
            Plaintiff-Appellant,

v

BAY HEALTH CARE, d/b/a BAY
DIAGNOSTIC CENTER FOR WOMEN,
BAY REGIONAL MEDICAL CENTER,
f/k/a BAY HEALTH SYSTEMS and
BAY MEDICAL CENTER, INC., BAY
RADIOLOGICAL CONSULTANTS, P.C.,
T. K. JONES, M.D., HARPAL SINGH, M.D.,
and HARPAL SINGH, M.D., P.C.,
            Defendants-Appellees.

SC: 129530
COA: 260054
Bay CC: 02-003940-NH

_____/

On order of the Court, the application for leave to appeal the August 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk